JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX BALLESTEROS,<br><br>                Plaintiff,<br><br>    v.<br><br>FRANK BISIGNANO,<br><br>                Defendant. | Case No. 5:25-cv-01709-FLA (DTB)<br><br>**JUDGMENT OF REMAND [DKT. 10]** |

On September 15, 2025, the parties filed a Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation").  Dkt. 10.

The court, having approved the parties' Stipulation, hereby ORDERS, ADJUDGES, AND DECREES the above-captioned action is remanded to the Commissioner of Social Security with an instruction that the agency find Plaintiff disabled as of October 14, 2019.  Disability benefits will be calculated by the agency in accordance with existing rules.

IT IS SO ORDERED.

Dated: September 16, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge